*Judge Robertson*

AO 243 (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District **District of Columbia** |
|---|---|
| Name of Movant **Roderick D. Cannon** | Prisoner No. **25126-016** | Case No. **No-97-DC-0116-01-JR** |

Place of Confinement

**United States Pententiary Atwater, California**

UNITED STATES OF AMERICA v. **Roderick D. Cannon**
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack

   **United States District Court, District of Columbia**

2. Date of judgment of conviction **4/7/97**

3. Length of sentence **136 Months**

4. Nature of offense involved (all counts) **Bank Robbery**

**RECEIVED JUN 17 2005 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

CASE NUMBER 1:05CV01213
JUDGE: James Robertson
DECK TYPE: Habeas Corpus/2255
DATE STAMP: 06/21/2005

5. What was your plea? (Check one)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   - (a) Jury ☐
   - (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

(2)